IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HAROLD SHEPARD                                                                                          PLAINTIFF

VS.                                                    CIVIL ACTION NO. 2:21-CV-106-KS-MTP

U.S. POSTAL INSPECTION SERVICE,
U.S. MARSHAL SERVICE AND TASK FORCE,
U.S. DEPARTMENT OF VET AFFAIRS, and
LOCAL RESIDENCE OF PRENTISS, MS                                                   DEFENDANTS

## ORDER

THIS CAUSE CAME ON TO BE HEARD on Report and Recommendation [3] of United States Magistrate Judge Michael T. Parker entered on August 6, 2021, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court having fully reviewed same, as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court and the Motion for Leave to Proceed *in forma pauperis* [2] is DENIED. Further it is Ordered that the Plaintiff is given thirty (30) days from the date of this Order to pay all costs associated with the filing of this lawsuit and should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter shall be

dismissed without prejudice and without further notice.

    SO ORDERED this the __26th__ day of August, 2021.


                      ___s/Keith Starrett_____
                      UNITED STATES DISTRICT JUDGE